DARCY, Respondent, v. BROOKLYN & N. Y. FERRY CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Action by William H. Darcy against the Brooklyn & New York Ferry Company. No opinion. Judgment and order unanimously affirmed, with costs.

DECKER, Respondent, v. DICKIE et al., Appellants. (Supreme Court, Appellate Division, First Department. November 8, 1901.) Action by Edward P. Decker against Horace P. Dickie and A. B. Simpson. J. P. Elder, for appellants. J. H. Parsons, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

DEERING, Respondent, v. REILLY et al., Appellants. (Supreme Court, Appellate Division, First Department. November 8, 1901.) Action by James A. Deering against William J. Reilly and another. W. P. Maloney, for appellants. C. L. Barber, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

DE JONG, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Action by Benjamin De Jong against the Erie Railroad Company. No opinion. Motion granted.

DELAFIELD et al. v. BUTLER. (Supreme Court, Appellate Division, First Department. November 15, 1901.) Action by Richard Delafield and another against Allan B. Butler. No opinion. Motion granted, with $10 costs.

DESMOND, Respondent, v. SUPREME COUNCIL CATHOLIC BENEVOLENT LEGION, Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1901.) Action by Jane Desmond against the Supreme Council Catholic Benevolent Legion. No opinion. Judgment unanimously affirmed, with costs.

DETROIT STOVE WORKS, Respondent, v. BOWMAN, Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1901.) Action by the Detroit Stove Works against Charles C. Bowman. No opinion. Judgment and order unanimously affirmed, with costs.

DIBBLE, Respondent, v. RICHARDSON et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 22, 1901.) Action by John L. Dibble, as executor, etc., against Annie C. Richardson and others. No opinion. Motion granted.

DIBBLE v. STATE. (Supreme Court, Appellate Division, Third Department. January 14, 1901.) Action by Horace H. Dibble against the state of New York. From an order of the board of claims, plaintiff appeals. Motion to dismiss denied.

PER CURIAM. The notice of appeal served herein was in time. The statutes relating to the board of claims, existing in 1897, provided (Laws 1883, c. 205, § 10, as amended by chapter 451, Laws 1896): "The appeal must be taken within thirty days after the service of notice of the final award or order of the board." It also provided (section 3, as amended by chapter 365, Laws 1888): "Said board shall have authority to establish rules for its government, and the forms and methods of procedure before it." The rules established by said board provided: "Appeals from the final order or award of the board in any claim must be taken within thirty days after service of such final order or award." The letters written by the clerk of the board of claims to the attorney for the claimant herein did not amount to a service of the final order or award. Motion denied, with $10 costs.

DIETZ, Respondent, v. N. A. RUBBER CO., Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by Carl P. Dietz against the N. A. Rubber Company. A. Ritchie, for appellant. T. J. Falls, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

DINGELMAN, Respondent, v. SCHNAIER et al., Appellants. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by Oscar Dingelman against Milton Schnaier and others. M. Mayer, for appellants. T. G. Strong, for respondent. No opinion. Judgment and order affirmed, with costs.

In re DITTMAN. (Supreme Court, Appellate Division, First Department. December 13, 1901.) In the matter of Henry I. Dittman. No opinion. Motion denied.

DITTMAR, Appellant, v. FERGUSON et al., Respondents. (Supreme Court, Appellate Division. Second Department. November 15, 1901.) Action by Minnie Dittmar against Cornelius Ferguson, Jr., and George E. Nostrand, as executors, etc., of Henry Arens, deceased, Theodore E. Arens, Charles R. Arens, Annie Young, and Louis Hanneman. No opinion. Judgment affirmed, with costs.

DITTMAR v. GOULD et al. (Supreme Court, Appellate Division, First Department. December 13, 1901.) Action by Anton J. Dittmar against George J. Gould and another. No opinion. Motion denied.

DIXON, Respondent, v. McKANE, Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Action by Annie E. Dixon against Theodore McKane. No opinion. Judgment affirmed, with costs.

DODDS, Appellant, v. LAMBERT, Respondent. (Supreme Court, Appellate Division, Third Department. December 7, 1901.) Action by Burney J. Dodds against Xavier Lambert, Jr. No opinion. Order of November 12, 1901, and judgment thereon, vacated and set aside, and appeal herein dismissed, with $10 costs to respondent.